IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>FELIX CRUZ,<br><br>                 Defendant. | **8:24CR105**<br><br><br>**ORDER** |

      This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 22). Counsel needs additional time to review discovery, conduct further investigation and continue to negotiate a plea agreement with the government. For good cause shown,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 22) is granted as follows:

1. The jury trial now set for January 5, 2025, is continued to **February 18, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 18, 2025** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 27th day of December 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge