IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FELIX CRUZ,<br><br>                Defendant. | **8:24CR105**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Michael J. Decker to withdraw as counsel for the defendant, Felix Cruz (Filing No. 40). Cameron H. Call has filed an entry of appearance as retained counsel for Felix Cruz. Therefore, Michael J. Decker's motion to withdraw (Filing No. 40) will be granted.

Michael J. Decker shall forthwith provide Cameron H. Call any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Decker which are material to Felix Cruz's defense.

The clerk shall provide a copy of this order to Cameron H. Call.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge