IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR105 |
| v. | FINAL ORDER OF FORFEITURE |
| FELIX CRUZ, | |
| Defendant. | |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 37). The Court has carefully reviewed the record in this case and finds as follows:

1. On March 27, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 34) forfeiting defendants Felix Cruz's interest in the $6,000 in United States currency seized from him on or about April 3, 2024.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 28, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 36) was filed herein on May 28, 2025.

3. The government advises the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 37) is granted.

2. All right, title and interest in and to the $6,000 in United States currency seized on or about April 3, 2024, from Felix Cruz, held by any person or entity are forever barred and foreclosed.

3. The $6,000 in United States currency is forfeited to the government.

4. The government is directed to dispose of the $6,000 in United States currency in accordance with law.

Dated this 20th day of November 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge